IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| E.S. OF BIGFORK, LLC, MUTUAL OF ENUMCLAW INSURANCE COMPANY, as subrogee of ES OF BIGFORK, LLC, FLBC PUBHOUSE LLC, and CINCINNATI INSURANCE COMPNAY, as subrogee of FLBC PUBHOUSE LLC,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>        vs.<br><br>WESTERN STATES FIRE PROTECTION,<br><br>    Defendant/Counterlcaimant, | CV 24-170-M-KLD<br><br><br>ORDER |

Pursuant to the Court's prior order (Doc. 8), the parties have filed a joint Stipulation of Dismissal with Prejudice. (Doc. 9). The parties request that this Court dismiss the above-captioned matter with prejudice, with each party to bear its own costs and fees. Accordingly,

//

//

1

IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

The Clerk of Court is directed to close the case file.

DATED this 24th day of January, 2025.

Kathleen L. DeSoto
United States Magistrate Judge